

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 4, 2023

**Via CM/ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York

  Re: **Dawkins v. NB Rugs, Inc.**
     Case #: 1:23-cv-01383-BMC

Dear Judge Cogan:

  We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for April 11, 2023, be canceled or adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

  Plaintiff has requested the Clerk's Certificate of Default and intends to mail it to Defendant's business address. We ask for additional time to establish contact with Defendant.

  We thank Your Honor and the Court for its kind considerations and courtesies.

              Respectfully submitted,

              *s/ Mark Rozenberg*
              Mark Rozenberg, Esq.