UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and
all others similarly situated,

                Plaintiff,                            23-cv-01383-BMC

       -     against  –                      **CERTIFICATE OF DEFAULT**

NB RUGS, INC d/b/a Doris Leslie Blau

                Defendant.
-----------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant NB RUGS, INC d/b/a Doris Leslie Blau, has not filed any answer or otherwise moved with respect to the Complaint herein. The default of defendant NB RUGS, INC d/b/a Doris Leslie Blau, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        April 5, 2023

BRENNA B. MAHONEY, Clerk of the Court

By: ___*Jalitza Poveda*___
                Deputy Clerk