**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**


**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Elbert Dawkins, on behalf of himself and all others similarly situated, | |
| Plaintiffs, | DOCKET NO. 23-cv-1383 (BMC) |
| – vs. – | **NOTICE OF APPEARANCE** |
| NB Rugs, Inc., DBA Doris Leslie Blau, | |
| Defendant. | |

NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendant NB Rugs, Inc.


Dated: April 17, 2023

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant