**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Elbert Dawkins, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>- vs. –<br><br>NB Rugs, Inc., DBA Doris Leslie Blau,<br><br>Defendant. | DOCKET NO. 23-cv-1383 (BCM)<br><br>**STIPULATION VACATING CLERK'S ENTRY OF DEFAULT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Elbert Dawkins

and Defendant NB Rugs, Inc., through their undersigned counsel, as follows:

1. The Clerk's Entry of Default, dated April 5, 2023 (Doc. 9) against NB Rugs,

   Inc., for failure to respond to the complaint is hereby vacated; and

2. Plaintiff consents to the filing of defendant's Response to the Complaint

   by no later than April 26, 2023.

Dated: April 17, 2023

**STEIN SAKS, PLLC**

By: /s/ Mark Rozenberg
     Mark Rozenberg

One University Plaza, Suite 620
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Attorneys for Plaintiff

**STEIN & NIEPORENT LLP**

By: _David Stein (signature)_
     David Stein

1441 Broadway, Suite 6090
New York, NY 10018
dstein@steinllp.com
Attorneys for Defendant

So Ordered:

_____

HON. BRIAN M. COGAN

United States District Judge
Eastern District of New York