**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STEIN & NIEPORENT LLP**
David Nieporent
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Elbert Dawkins, on behalf of himself and all others similarly situated, Plaintiffs, - vs. – NB Rugs, Inc., DBA Doris Leslie Blau, Defendant. | DOCKET NO. 23-cv-1383 (BMC) **NOTICE OF APPEARANCE** |

NOW COMES attorney David Nieporent, Esq., and enters his appearance in this matter on behalf of defendant NB Rugs, Inc., DBA Doris Leslie Blau.

Dated: May 10, 2023

*David M. Nieporent*
_____
David Nieporent
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444
(212) 836-9595 (Fax)

Attorneys for Defendant